IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CECIL PROCTOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:11cv74 |
| | § | |
| SMITH COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Cecil Proctor and files this his Unopposed Motion to Dismiss With Prejudice and, in support thereof, would respectfully show unto the Court as follows:

Plaintiff desires full and final dismissal of the present litigation, and asks that the Court dismiss the present litigation with prejudice to refiling, with each party to bear their own costs and attorneys' fees.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court dismiss the present action with prejudice to refiling, with each party to bear their own costs and attorneys' fees.

      Respectfully submitted,

      **STUCKEY, GARRIGAN & CASTETTER LAW OFICES**
      2803 C North Street
      P. O. Box 631902
      Nacogdoches, Texas 75963-1902
      (936) 560-6020 Fax: 560-9578


      /s/ Alex A. Castetter
      **ALEX A. CASTETTER**
      State Bar No. 00783808
      alex@sgclaw.org

      **ATTORNEY FOR PLAINTIFF**

      **FLOWERS DAVIS, P.L.L.C.**
      1021 ESE Loop 323, Suite 200
      Tyler, Texas 75701
      (903) 534-8063
      (903) 534-1650 Facsimile

      *[signature]*
      **ROBERT S. DAVIS**
      State Bar No. 05544200
      rsd@flowersdavis.com
      Lead Attorney

      **DAVID IGLESIAS**
      State Bar No. 24051733
      drhi@flowersdavis.com

      **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on October 17, 2012, in the following manner:

  X    Via ECF

_____
**DAVID IGLESIAS**

## CERTIFICATE OF CONFERENCE

David Iglesias, counsel for Defendant, and Alex Castetter, counsel for Plaintiff, have conferred regarding this Motion and it is unopposed.

_____
**DAVID IGLESIAS**