IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CECIL PROCTOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:11cv74 |
| | § | |
| SMITH COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## THE PARTIES' JOINT MOTION THAT THE COURT ENTER AN ORDER OF CONFIDENTIALITY AS TO THE SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Parties in the above-entitled and -numbered action and file their Joint Motion that the Court Enter an Order of Confidentiality as to the Settlement and, in support thereof, would respectfully show unto the Court as follows:

The Parties respectfully request that the Court enter an Order of Confidentiality as to both the settlement negotiations and settlement document in the present case, seal such documents, and order the Parties not to disclose such documents for any reason.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter an Order of confidentiality as to the settlement negotiations and settlement documents in the present case.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com
Lead Attorney

**DAVID IGLESIAS**
State Bar No. 24051733
drhi@flowersdavis.com

**ATTORNEYS FOR DEFENDANT**

**STUCKEY, GARRIGAN & CASTETTER LAW OFICES**
2803 C North Street
P. O. Box 631902
Nacogdoches, Texas 75963-1902
(936) 560-6020
Fax: 560-9578


 /s/ Alex A. Castetter_____
**ALEX A. CASTETTER**
State Bar No. 00783808
alex@sgclaw.org

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on October 17, 2012, in the following manner:

  X    Via ECF

_____
**DAVID IGLESIAS**

## CERTIFICATE OF CONFERENCE

David Iglesias, counsel for Defendant, and Alex Castetter, counsel for Plaintiff, have conferred regarding this Motion and it is unopposed.

_____
**DAVID IGLESIAS**