IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CECIL PROCTOR | § | |
| Vs. | § | CIVIL ACTION NO. 6:11CV74 |
| SMITH COUNTY, TEXAS | § | |

ORDER OF DISMISSAL

The above-styled lawsuit was transferred to the undersigned with the consent of the parties on May 31, 2012.  On October 17, 2012, Plaintiff's Unopposed Motion to Dismiss With Prejudice (document [#27](#)) was filed.  The motion is signed by counsel for all parties and seeks dismissal of this lawsuit with prejudice with each party bearing his own costs and attorney's fees.  On the same date, the parties filed a Joint Motion that the Court Enter an Order of Confidentiality as to the Settlement (document [#28](#)).  After due consideration, it is accordingly

**ORDERED** that the Plaintiff's Unopposed Motion to Dismiss With Prejudice (document [#27](#)) is **GRANTED** and the complaint is **DISMISSED** with prejudice pursuant to Fed.R.Civ.P. 41(a).  It is further

**ORDERED** that the Bench Trial set for January 15, 2013 is **CANCELED**.  It is further

**ORDERED** that the Joint Motion that the Court Enter an Order of Confidentiality as to the Settlement (document [#28](#)) is **GRANTED**.  At the request of the parties, all settlement negotiations, settlement documents and correspondence relating thereto in the present case are confidential and

shall not be disclosed by the parties.  It is finally

      **ORDERED** that all motions not previously ruled on are **DENIED**.

  So **ORDERED** and **SIGNED** this **17** day of **October, 2012.**

 

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE